BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-_____

## SCHEDULE OF ACTIONS

| Exhibit | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| A | **Plaintiff:**<br>Clarksburg Publishing Company, d.b.a. WV News<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc | N.D. W. Va. (Clarksburg Division) | 1:21-cv-00051-TSK | Thomas S. Kleeh |
| B | **Plaintiff:**<br>HD Media Company, LLC<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | S.D. W. Va. (Huntington) | 3:21-cv-00077 | Robert C. Chambers |
| C | **Plaintiff:**<br>ECENT Corporation<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | S.D. W. Va. (Beckley Division) | 5:21-cv-00251 | Frank W. Volk |
| D | **Plaintiff:**<br>AIM Media Indiana Operating, LLC<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | S.D. Ind. (Indianapolis Division) | 1:21-cv-00951-JPH-DLP | James Patrick Hanlon<br><br>Magistrate Judge Doris L. Pryor |
| E | **Plaintiff:**<br>AIM Media Midwest Operating, LLC<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | S.D. Ohio (Columbus Division) | 2:21-cv-01915-MHW-KAJ | Michael H. Watson<br><br>Magistrate Judge Kimberly A. Jolson |
| F | **Plaintiff:**<br>AIM Media Texas Operating, LLC<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | S.D. Tex. (McAllen Division) | 7:21-cv-00150 | Randy Crane |
| G | **Plaintiff:**<br>The State of Texas; State of Arkansas; State of Idaho; State of Indiana; Commonwealth of Kentucky; State of Mississippi; State of Missouri; State of North Dakota; State of South Dakota; State of Utah; State of Alaska; State of | E.D. Tex. (Sherman) | 4:20-cv-00957-SDJ | Sean D. Jordan |

| | | | | |
|---|---|---|---|---|
| | Florida; State of Nevada; Commonwealth of Puerto Rico; State of Montana<br><br>**Defendant:**<br>Google, LLC | | | |
| H | **Plaintiffs:**<br>Brown County Publishing Company Inc.; Multi Media Channels LLC<br><br>**Defendants:**<br>Google LLC; Facebook Inc | E.D. Wis. (Green Bay Division) | 1:21-cv-00498-WCG | William C Griesbach |
| I | **Plaintiff:**<br>Flag Publications, Inc.<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | D. Md. (Baltimore Division) | 1:21-cv-00965-SAG | Stephanie A. Gallagher |
| J | **Plaintiff:**<br>Gale Force Media, LLC<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | D.N.J. (Newark Division) | 2:21-cv-09716-WJM-ESK | William J. Martini<br><br>Magistrate Judge Edward S. Kiel |
| K | **Plaintiffs:**<br>Associated Newspapers Ltd.; Mail Media, Inc.<br><br>**Defendants:**<br>Google LLC; Alphabet Inc. | S.D.N.Y. (Foley Square Division) | 1:21-cv-03446-PKC | P. Kevin Castel |
| L | **Plaintiff:**<br>Coastal Point LLC<br><br>**Defendants:**<br>Google LLC; Facebook, Inc. | D. Del. (Wilmington Division) | 1:21-cv-00554-LPS | Leonard P. Stark |
| M | **Plaintiff:**<br>Journal, Inc.<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | N.D. Miss. (Aberdeen Division) | 1:21-cv-00072-GHD-RP | Glen H. Davidson<br><br>Magistrate Judge Roy Percy |
| N | **Plaintiffs:**<br>Emmerich Newspapers Incorporated; J.O. Emmerich & Associates, Inc.; Delta-Democrat Publishing Company; Commonwealth Publishing Company, Inc.; Delta Press Publishing Company, Inc.; Newton County Appeal Inc.; Simpson Publishing Co., Inc.; Montgomery Publishing Co., Inc.; Franklinton Publishing Co., Inc.; Charleston Publishing Co., Inc.; Clarion | S.D. Miss. (Northern Division - Jackson) | 3:21-cv-00274-HTW-LGI | Henry T. Wingate<br><br>Magistrate Judge LaKeysha Greer Isaac |

| | | | | |
|---|---|---|---|---|
| | Publishing Company, Inc.; Scott Publishing, Inc.; Clarke Publishing, Inc.; Hattiesburg Publishing, Inc.; Tallulah Publishing, Inc.; Louisville Publishing, Inc.; Kosciusko Star-Herald, Inc.; Enterprise-Tocsin, Inc.; Grenada Star, Inc.; Tate Record, Inc.; Marion Publishing Company; Yazoo Newspaper Co., Inc.; Sunland Publishing Company, Inc.<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | | | |
| O | **Plaintiff:**<br>Eagle Printing Company<br><br>**Defendants:**<br>Google, LLC; Facebook, Inc. | W.D. Penn. (Pittsburgh Division) | 2:21-cv-00518-MPK | Magistrate Judge Maureen P. Kelly |
| P | **Plaintiff:**<br>Kimberly Negron, on behalf of herself and all others similarly situated<br><br>**Defendant:**<br>Google LLC | N.D. Cal. (Oakland Division) | 4:21-cv-00801-HSG | Haywood S. Gilliam, Jr. |
| Q | **Plaintiff:**<br>Organic Panaceas, LLC<br><br>**Defendants:**<br>Google, LLC; Alphabet Inc. | N.D. Cal. (Oakland Division) | 4:21-cv-02629-DMR | Magistrate Judge Donna M. Ryu |
| R | In re Google Digital Advertising Antitrust Litigation<br><br>**Plaintiffs:**<br>Surefreight Global LLC, individually and on behalf of all others similarly situated, d/b/a Prana Pets; Hanson Law Firm, PC, individually and on behalf of all others similarly situated; Michael Devaney; Nicholas Arrieta; Sara Yberra; Michael Stellman; Vitor Lindo; Sweepstakes Today, LLC; Mikula Web Solutions, Inc.; Mark J. Astarita<br><br>**Defendants:**<br>Google LLC; Alphabet Inc.<br><br>**Interested Parties:**<br>Genius Media Group, Inc.; The Nation Company, L.P.; The Progressive, Inc.; | N.D. Cal. (San Jose) | 5:20-cv-03556-BLF | Beth Labson Freeman<br><br>Magistrate Judge Virginia K. DeMarchi |

| | | | | |
|---|---|---|---|---|
| | Sterling International Consulting Group; JLaSalle Enterprises LLC; Kimberly Negron | | | |
| S | In re Google Digital Publisher Antitrust Litigation<br><br>**Plaintiffs:**<br>Sweepstakes Today, LLC; Genius Media Group, Inc.; The Nation Company, L.P.; The Progressive, Inc.; Sterling International Consulting Group; Mark J. Astarita; JLaSalle Enterprises LLC; Mikula Web Solutions, Inc.<br><br>**Defendants:**<br>Google LLC; Alphabet Inc.; YouTube, LLC | N.D. Cal. (San Jose) | 5:20-cv-08984-BLF | Beth Labson Freeman<br><br>Magistrate Judge Virginia K. DeMarchi |
| T | **Plaintiff:**<br>Cliffy Care Landscaping LLC, on behalf of itself and all others similarly situated; Raintree Medical and Chiropractic Center LLC (21-cv-658); Rodrock Chiropractic PA (21-cv-658), on behalf of itself and all others similarly situated; Kinin, Inc. (21-cv-622)<br><br>**Defendants:**<br>Facebook Inc.; Google LLC; Alphabet Inc. | D.D.C. (Washington, DC) | 1:21-cv-00360-KBJ | Ketanji Brown Jackson |