**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 _____ |

# ERRATA TO "EXHIBIT TO PLEADING" – ECF NO. 10

On behalf of Defendants Google LLC, Alphabet Inc., and YouTube, LLC, the foregoing Errata is submitted to correct the cover page at ECF No. 10, Exhibit to Pleading, by adding the following:

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 _____ |
|---|---|

Dated this 13th day of May 2021

Respectfully Submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2197
Facsimile: (415) 947-2099
Email: jsessions@wsgr.com

**Counsel for Defendants
Google LLC, Alphabet Inc., and YouTube, LLC**

1