# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 |

## PLAINTIFF STATES' WITHDRAWAL OF FILING DKT. 70

Plaintiff States would like to bring to the Panel's attention that Dkt. 70 filed May 26, 2021 was filed in error. Please refer to Dkt. 71 for the correct filing.

Dated: May 27, 2021                                    Respectfully submitted,

**FOR PLAINTIFF STATE OF TEXAS:**

/s/ W. Mark Lanier
W. Mark Lanier *(lead counsel)*
Mark.Lanier@LanierLawFirm.com

/s/ Ashley Keller
Ashley Keller (admitted *pro hac vice*)
ack@kellerlenkner.com
Brooke Smith (admitted *pro hac vice*)
brooke.smith@kellerlenkner.com
Jason A. Zweig (admitted *pro hac vice*)
jaz@kellerlenkner.com

Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
**THE LANIER LAW FIRM, P.C.**
10940 W. Sam Houston Parkway N. Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204

**KELLER LENKNER LLC**
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

/s/ Warren Postman
Warren Postman (admitted *pro hac vice*)
wdp@kellerlenkner.com
**KELLER LENKNER LLC**
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*/s/ Ken Paxton*
Ken Paxton,* Attorney General of Texas
Kenneth.paxton@oag.texas.gov

*/s/ Brent Webster*
Brent Webster, * First Assistant Attorney General of Texas
Brent.Webster@oag.texas.gov

*/s/ Grant Dorfman*
Grant Dorfman, Deputy First Assistant Attorney General
Grant.Dorfman@oag.texas.gov

*/s/ Aaron Reitz*
Aaron Reitz,* Deputy Attorney General for Legal Strategy
Aaron.Reitz@oag.texas.gov

*/s/ Shawn Cowles*
Shawn E. Cowles,* Deputy Attorney General for Civil Litigation
Shawn.Cowles@oag.texas.gov

*/s/ Nanette DiNunzio*
Nanette DiNunzio,* Associate Deputy Attorney General for Civil Litigation
Nanette.Dinunzio@oag.texas.gov

*/s/ David Ashton*
David Ashton, Assistant Attorney General
Antitrust Division
Texas Bar No. 24031828
David.Ashton@oag.texas.gov
Kim Van Winkle,* Chief, Antitrust Division
Kim.VanWinkle@oag.texas.gov
Bret Fulkerson, Deputy Chief, Antitrust Division
Bret.Fulkerson@oag.texas.gov
Nicholas G. Grimmer,* Assistant Attorney General, Antitrust Division
Nick.Grimmer@oag.texas.gov
Trevor Young,* Assistant Attorney General, Antitrust Division
Trevor.Young@oag.texas.gov
Eric Hudson, Assistant Attorney General, Special Litigation Division
Eric.Hudson@oag.texas.gov

Paul Singer* Senior Counsel for Public Protection
Paul.Singer@oag.texas.org
Christopher Hilton, Deputy Chief, General Litigation Division
Christopher.Hilton@oag.texas.gov
Matthew Bohuslav, Assistant Attorney General, General Litigation Division
Matthew.Bohuslav@oag.texas.gov
Ralph Molina, Assistant Attorney General, General Litigation Division
Ralph.Molina@oag.texas.gov

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
P.O. Box 12548 (MC059)
Austin, TX 78711-2548
(512) 936-1414

* Applications for pro hac vice forthcoming

Attorneys for Plaintiff State of Texas