# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

MDL No. __3010__ & TITLE - IN RE: Digital Advertising Antitrust Litigation

**1.** **Oral Argument** – Check ONE of the following boxes:

[✔] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:** All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

> Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:** A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

**2.** **Position on Centralization** – Check ONE of the following boxes:

[✔] Support Centralization

[ ] Oppose Centralization

[ ] Other _____

**3.** **Position on Transferee District.** If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

The Northern District of California

**4.** **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

**5.** **Parties Represented** – Indicate party name and state whether plaintiff or defendant. Attach list if more than one action:
Defendant Facebook, Inc.

**6.** **Short Case Caption(s)** – Include District(s) and Civil Action No(s). Attach list if more than one action:
See Schedule A.

**7.** **Name and Address of Attorney Designated to Present Oral Argument**:

Kevin J. Orsini
Name

Cravath, Swaine & Moore LLP
Law Firm

New York                                                        NY
City                                                                State

Telephone No.: 212-474-1000

Email Address: korsini@cravath.com

| July 2, 2021 | Kevin J. Orsini | /s/ Kevin J. Orsini |
|---|---|---|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (12/15)

# SCHEDULE A

# United States Judicial Panel on Multidistrict Litigation

MDL No. 3010

*In re Digital Advertising Antitrust Litigation*

Kevin J. Orsini represents Defendant Facebook, Inc. in each of the below cases:

| No. | Case Caption |
| --- | --- |
| 1. | *AIM Media Indiana Operating, LLC v. Google LLC & Facebook, Inc.*, No. 21-cv-00951 (S.D. Ind.) |
| 2. | *AIM Media Midwest Operating, LLC v. Google LLC & Facebook, Inc.*, No. 21-cv-01915 (S.D. Ohio) |
| 3. | *AIM Media Texas Operating, LLC v. Google LLC & Facebook, Inc.*, No. 21-cv-00150 (S.D. Tex.) |
| 4. | *Brown County Publishing Co., Inc. & Multimedia Channels LLC v. Google LLC & Facebook, Inc.*, No. 21-cv-00498 (E.D. Wis.) |
| 5. | *Clarksburg Publishing Company, d.b.a. WV News v. Google LLC & Facebook, Inc.*, No. 21-cv-00051 (N.D. W. Va.) |
| 6. | *Cliffy Care Landscaping LLC v. Facebook Inc., Google LLC, Alphabet Inc.*, No. 21-cv-00360 (D.D.C.) |
| 7. | *Coastal Point LLC v. Google LLC & Facebook, Inc.*, No. 21-cv-00554 (D. Del.) |
| 8. | *Eagle Printing Co. v. Google LLC & Facebook, Inc.*, No. 21-cv-00518 (W.D. Pa.) |
| 9. | *ECENT Corp. v. Google LLC & Facebook, Inc.*, No. 21-cv-00251 (S.D. W. Va.) |
| 10. | *Emmerich Newspapers, Inc., et al. v. Google LLC & Facebook, Inc.*, No. 21-cv-00274 (S.D. Miss.) |
| 11. | *Flag Publications, Inc. v. Google LLC & Facebook, Inc.*, No. 21-cv-00965 (D. Md.) |
| 12. | *Gale Force Media, LLC v. Google LLC & Facebook, Inc.*, 21-cv-09716 (D.N.J.) |

| | |
|---|---|
| 13. | *HD Media Company, LLC v. Google LLC & Facebook, Inc.*, No. 21-cv-00077 (S.D. W. Va.) |
| 14. | *Journal, Inc. v. Google LLC & Facebook, Inc.*, No. 21-cv-00072 (N.D. Miss.) |