**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

_____

IN RE: DIGITAL ADVERTISING             MDL No. 3010
ANTITRUST LITIGATION

_____

**PLAINTIFF STATE OF TEXAS SUPPLEMENTAL INFORMATION TO THE PANEL CONCERNING GOOGLE'S MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA**

Pursuant to Panel Rule 6.1(f), counsel for Plaintiff State of Texas provides notice of supplemental information relevant to Google's pending motion. On July 23, 2021, the court in *Texas v. Google*, Civil No. 4:20-CV-957-SDJ (E.D. Tex.) ordered the filing of an amended complaint in connection with Louisiana's and South Carolina's motion to intervene in *Texas v. Google*. Exhibit A. Today, Louisiana and South Carolina have supplemented their motions to intervene with the required amended complaint, filing it in conjunction with the Plaintiff States, which have moved for leave to file the amended complaint. Exhibit B. The complaint not only adds Louisiana's and South Carolina's state-specific claims, but also eliminates all Plaintiffs' claims for federal antitrust damages under Section 4C of the Clayton Act, 15 U.S.C. § 15c. Exhibit C. This amended complaint moots Google's motion in the current action to consolidate and transfer *Texas v. Google* for trial under 28 U.S.C. § 1407(h) ("[T]he judicial panel on multidistrict litigation may consolidate and transfer with or without the consent of the parties, for both pretrial purposes and for trial, any action brought under section 4C of the Clayton Act."). It also eliminates all common questions relating to the apportionment of federal antitrust damages between the Plaintiff States and private parties.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

*/s/ W. Mark Lanier*
W. Mark Lanier
Texas State Bar No.: 11934600
Mark.Lanier@LanierLawFirm.com
Alex J. Brown
Alex.Brown@LanierLawFirm.com
Zeke DeRose III
Zeke.DeRose@LanierLawFirm.com
10940 W. Sam Houston Parkway N. Suite 100
Houston, Texas 77064
Telephone: (713) 659-5200
Facsimile: (713) 659-2204