**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: DIGITAL ADVERTISING ANTITRUST LITIGATION** | **MDL DOCKET NO. 3010** |

**NOTICE OF POTENTIAL TAG-ALONG**

In accordance with Rule 7.1 (a) of the Rules of Procedure for the United States Panel on Multidistrict Litigation, Plaintiffs SkinnySchool LLC d/b/a Maria Marques Fitness and Mint Rose Day Spa LLC, write to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint are attached.

Dated: August 9, 2021

Respectfully submitted,

By: s/ *Kate M. Baxter-Kauf*
  Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P**
Heidi M. Silton
Kate M. Baxter-Kauf
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
Email: hmsilton@locklaw.com
    kmbaxter-kauf@locklaw.com

*Counsel for Plaintiffs SkinnySchool LLC d/b/a Maria Marques Fitness and Mint Rose Day Spa LLC*

561554.1