BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL DOCKET NO. 3010 |
|---|---|

NOTICE OF POTENTIAL TAG-ALONG

SCHEDULE OF ACTION

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | SkinnySchool LLC d/b/a Maria Marques Fitness and Mint Rose Day Spa LLC | Google LLC | N.D. Cal. | 3:21-cv-06011 | Magistrate Judge Laurel Beeler |

561554.1