# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | TIMOTHY G. CAMERON | AARON M. GRUBER | ALEXANDRA C. DENNING |
| EVAN R. CHESLER | KARIN A. DEMASI | O. KEITH HALLAM, III | HELAM GEBREMARIAM |
| STEPHEN L. GORDON | DAVID S. FINKELSTEIN | OMID H. NASAB | MATTHEW G. JONES |
| ROBERT H. BARON | RACHEL G. SKAISTIS | DAMARIS HERNÁNDEZ | MATTHEW M. KELLY |
| CHRISTINE A. VARNEY | PAUL H. ZUMBRO | JONATHAN J. KATZ | DAVID H. KORN |
| PETER T. BARBUR | ERIC W. HILFERS | DAVID L. PORTILLA | BRITTANY L. SUKIENNIK |
| MICHAEL S. GOLDMAN | GEORGE F. SCHOEN | RORY A. LERARIS | ANDREW M. WARK |
| RICHARD HALL | ERIK R. TAVZEL | MARGARET T. SEGALL | ANDREW T. DAVIS |
| STEPHEN L. BURNS | CRAIG F. ARCELLA | DANIEL K. ZACH | DOUGLAS DOLAN |
| KATHERINE B. FORREST | LAUREN ANGELILLI | NICHOLAS A. DORSEY | SANJAY MURTI |
| KEITH R. HUMMEL | TATIANA LAPUSHCHIK | ANDREW C. ELKEN | BETHANY A. PFALZGRAF |
| DAVID J. KAPPOS | ALYSSA K. CAPLES | JENNY HOCHENBERG | MATTHEW L. PLOSZEK |
| DANIEL SLIFKIN | MINH VAN NGO | VANESSA A. LAVELY | ARVIND RAVICHANDRAN |
| ROBERT I. TOWNSEND, III | KEVIN J. ORSINI | G.J. LIGELIS JR. | |
| PHILIP J. BOECKMAN | MATTHEW MORREALE | MICHAEL E. MARIANI | |
| RONALD E. CREAMER JR. | JOHN D. BURETTA | LAUREN R. KENNEDY | PARTNER EMERITUS |
| WILLIAM V. FOGG | J. WESLEY EARNHARDT | SASHA ROSENTHAL-LARREA | SAMUEL C. BUTLER |
| FAIZA J. SAEED | YONATAN EVEN | ALLISON M. WEIN | |
| THOMAS E. DUNN | BENJAMIN GRUENSTEIN | MICHAEL P. ADDIS | |
| MARK I. GREENE | JOSEPH D. ZAVAGLIA | JUSTIN C. CLARKE | OF COUNSEL |
| DAVID R. MARRIOTT | STEPHEN M. KESSING | SHARONMOYEE GOSWAMI | MICHAEL L. SCHLER |
| MICHAEL A. PASKIN | LAUREN A. MOSKOWITZ | C. DANIEL HAAREN | CHRISTOPHER J. KELLY |
| ANDREW J. PITTS | DAVID J. PERKINS | EVAN MEHRAN NORRIS | KIMBERLEY S. DREXLER |
| MICHAEL T. REYNOLDS | J. LEONARD TETI, II | LAUREN M. ROSENBERG | LILLIAN S. GROSSBARD |
| ANTONY L. RYAN | D. SCOTT BENNETT | MICHAEL L. ARNOLD | KIMBERLY A. GROUSSET |
| GEORGE E. ZOBITZ | TING S. CHEN | HEATHER A. BENJAMIN | ANDREI HARASYMIAK |
| GEORGE A. STEPHANAKIS | CHRISTOPHER K. FARGO | MATTHEW J. BOBBY | JESSE M. WEISS |
| GARY A. BORNSTEIN | DAVID M. STUART | DANIEL J. CERQUEIRA | MICHAEL J. ZAKEN |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1596

WRITER'S EMAIL ADDRESS
Korsini@cravath.com

January 27, 2022

*In re Google Digital Advertising Antitrust Litigation*, MDL No. 3010

Dear Mr. Nichols:

We represent Facebook, Inc. in the above-captioned multidistrict litigation. We write to inform the United States Judicial Panel on Multidistrict Litigation that Facebook, Inc. changed its name to Meta Platforms, Inc. ("Meta") effective October 28, 2021.

Pursuant to Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I, the undersigned counsel of record for Meta, certify that to the best of my knowledge, Meta has no parent corporation and that to its knowledge, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ *Kevin J. Orsini*

Kevin J. Orsini

Hon. John W. Nichols
   Clerk of the Panel
      Thurgood Marshall Federal Judiciary Building
         One Columbus Circle, N.E., Room G-255
            Washington, D.C. 20544