**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | ) ) ) | MDL No. 3010 |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO CTO-6**

4871-8375-0418.v1

Plaintiff in the action conditionally transferred to the United States District Court of the Southern District of New York pursuant to the Judicial Panel on Multidistrict Litigation's ("Panel") Conditional Transfer Order (CTO-6) (ECF No. 159), *Southern Cmty. Newspapers, Inc. v. Google, LLC*, No. 1:22-cv-00729-SDG (N.D. Ga.), respectfully notifies the Panel that it ***does not oppose*** transfer of its action to the Southern District of New York under 28 U.S.C. §1407. Plaintiff requests that CTO-6 become final and that the Panel transfer the actions to that Court, and assigned them to Judge P. Kevin Castel, forthwith.

DATED:  March 1, 2022

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID W. MITCHELL
STEVEN M. JODLOWSKI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
sjodlowski@rgrdlaw.com

4871-8375-0418.v1

FARRELL & FULLER, LLC
PAUL T. FARRELL, JR.
MICHAEL J. FULLER, JR.
1311 Ponce De Leon, Suite 202
San Juan, PR  00907
Telephone:  939/293-8244
939/293-8245 (fax)
paul@farrellfuller.com
mike@farrellfuller.com

HERMAN JONES LLP
JOHN C. HERMAN
SERINA M. VASH
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com
svash@hermanjones.com

FITZSIMMONS LAW FIRM PLLC
CLAYTON J. FITZSIMMONS
ROBERT P. FITZSIMMONS
MARK A. COLANTONIO
1609 Warwood Avenue
Wheeling, WV  26003
Telephone:  304/277-1700
304/277-1705 (fax)
clayton@fitzsimmonsfirm.com
bob@fitzsimmonsfirm.com
mark@fitzsimmonsfirm.com

*Counsel for Plaintiff Southern Community
Newspapers, Inc.*

4871-8375-0418.v1