BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 |

### DEFENDANT GOOGLE'S STATEMENT IN SUPPORT OF CTO-6

Defendant Google LLC respectfully notifies the Judicial Panel on Multidistrict Litigation that it supports transfer of the action *Southern Cmty. Newspapers, Inc. v. Google LLC and Facebook, Inc.*, No. 1:22-cv-00729-SDG (N.D. Ga.) under 28 U.S.C. § 1407 consistent with the Panel's Conditional Transfer Order (CTO-6) (ECF No. 159). Google respectfully requests that CTO-6 be transmitted to the Clerk of the United States District Court for the Southern District of New York and the matter assigned to Judge P. Kevin Castel.

Dated: March 1, 2022            Respectfully submitted,

                                               */s/ Justina K. Sessions*

                                               Justina K. Sessions
                                               WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
                                               One Market Plaza
                                               Spear Tower, Suite 3300
                                               San Francisco, California 94105
                                               Telephone: (415) 947-2197
                                               Facsimile: (415) 947-2099
                                               Email: jsessions@wsgr.com

Jonathan M. Jacobson
Michael S. Sommer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7758
Facsimile: (212) 999-5899
Email: jjacobson@wsgr.com
Email: msommer@wsgr.com

Eric Mahr
Julie S. Elmer
FRESHFIELDS BRUCKHAUS DERINGER LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 777-4545
Facsimile: (202) 777-4587
Email: eric.mahr@freshfields.com
Email: julie.elmer@freshfields.com

Boris Feldman
FRESHFIELDS BRUCKHAUS DERINGER LLP
2710 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 461-8200
Email: boris.feldman@freshfields.com

*Counsel for Defendant Google LLC*