BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Meta Platforms, Inc. (f/k/a/ Facebook, Inc.)[1] writes to notify the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed on the attached Schedule of Potential Tag-Along Actions.  Other than the identity of the plaintiff, the complaint in this potential tag-along action is nearly identical to the Advertiser Plaintiffs Consolidated Amended Complaint in the multidistrict litigation:  *In re Google Digital Advertising Antitrust Litigation*, No. 1:21-md-03010-PKC (S.D.N.Y.), ECF No. 399.

The docket sheet and complaint for the potential tag-along action are attached.

Dated:  April 6, 2023

Respectfully Submitted,

CRAVATH, SWAINE & MOORE LLP

By: /s/ Kevin J. Orsini
Kevin J. Orsini (NY Bar No. 4261806)
825 Eighth Avenue
New York, NY 10019
Tel:     (212) 474-1000
Fax:    (212) 474-3700
korsini@cravath.com

*Attorneys for Meta Platforms, Inc. (f/k/a Facebook, Inc.)*

---

[1] On October 28, 2021, Facebook, Inc. changed its name to Meta Platforms, Inc.