BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL. No. 3010 |

*This document relates to:*

| | |
|---|---|
| **STATE OF TEXAS, et al.,**<br><br>*Plaintiffs,*<br><br>-against-<br><br>**GOOGLE LLC,**<br><br>*Defendant.* | No. 1:21-cv-06841 (PKC) (S.D.N.Y.)<br>No. 4:20-cv-957 (SDJ) (E.D. Tex.) |

**DEFENDANT GOOGLE LLC'S STATUS REPORT REGARDING MANDAMUS PROCEEDINGS IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Boris Feldman
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
(650) 461-8200
boris.feldman@freshfields.com

Eric Mahr
Julie S. Elmer
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4545
eric.mahr@freshfields.com
julie.elmer@freshfields.com

*Counsel for Defendant Google LLC*

Google LLC submits this Status Report in advance of the Panel's July 27, 2023, hearing, at which the Panel is scheduled to consider Google's motion for a stay of the Panel's remand order pending the Second Circuit's resolution of Google's mandamus petition.

1. As the Court is aware, Google filed a mandamus petition in the United States Court of Appeals for the Second Circuit on June 20, 2023, seeking review of this Panel's remand order. *In re: Google LLC*, No. 23-910, ECF No. 1 (2d Cir. June 20, 2023).

2. Two days later, Google filed a motion to expedite the mandamus petition, which asked that the court enter a briefing schedule pursuant to which the State Plaintiffs would be required to answer the mandamus petition 10 days after the court requested an answer, and Google would file a reply in support of mandamus 10 days after that. *Id.*, ECF No. 11 at 6 (2d Cir. June 22, 2023). The State Plaintiffs opposed expedition, arguing that the Second Circuit should deny the petition without an answer. *See id.*, ECF No. 23 at 1 (2d Cir. June 27, 2023) (citing Fed. R. App. P. 21(b)(1)). The Second Circuit ordered the State Plaintiffs to answer the petition, granting them 10 days to do so, as requested in Google's motion. *Id.*, ECF No. 30 (2d Cir. July 5, 2023). State Plaintiffs have now filed their answer. *Id.*, ECF No. 32 (2d Cir. July 17, 2023).

3. The court also initially denied Google's request to file a reply in support of mandamus. *See id.* But after the State Plaintiffs filed their answer, Google filed a motion for reconsideration, asking the court for leave to file a reply in light of the State Plaintiffs' decision to defend the remand order on grounds that differ from those this Panel offered. *See id.*, ECF No. 35 (2d Cir. July 18, 2023). Google's reconsideration motion has now been referred to the three-judge panel that will consider the merits of the mandamus petition. *Id.*, ECF No. 39 (2d Cir. July 20, 2023). The three-judge panel has not yet ruled on the reconsideration motion.

Dated: July 26, 2023                            Respectfully submitted,

/s/ Eric Mahr

Eric Mahr
Julie S. Elmer
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4545

Boris Feldman
FRESHFIELDS BRUCKHAUS
DERINGER US LLP
855 Main Street
Redwood City, CA 94063
(650) 461-8200