# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE:

GOOGLE DIGITAL ADVERTISING
ANTITRUST LITIGATION

**MDL No. 3010**

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-11)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Google LLC and Alphabet Inc. submit this opposition to Conditional Transfer Order (CTO-11) relating to the following case.

***Rumble Canada Inc. v. Google LLC et al.*, N.D. California, 5:24-cv-02880**

Dated: September 20, 2024

Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS BRUCKHAUS DERINGER
US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Facsimile: (650) 651-1530
Email: justina.sessions@freshfields.com

*Counsel for Defendants Google LLC and
Alphabet Inc.*