BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Google LLC ("Google") writes to notify the Judicial Panel on Multidistrict Litigation of the potential tag-along action, *Kande v. Google LLC*, Case No. 4:25-cv-03733-KAW (N.D. Cal filed April 29, 2025). This tag-along involves common questions of fact with the other actions that this Panel has centralized in multidistrict litigation, and is in fact admittedly a copy of the claims brought by the putative advertiser class. Moreover, transfer of this tag-along action does not come too late in MDL proceedings because "[s]ignificant pretrial proceedings in the MDL remain," and "the voluminous fact discovery previously produced in the MDL likely is relevant" to the claims in this tag-along action. Transfer Order at 2, MDL No. 3010, ECF No. 276. Accordingly, Google believes that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

The docket sheet, schedule of actions, and complaint for the potential tag-along action are attached hereto.

Dated: April 30, 2025

Respectfully submitted,

<u>*/s/ Justina K. Sessions*</u>
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Facsimile: (650) 651-1530
Email: justina.sessions@freshfields.com

*Counsel for Defendant Google LLC*