BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-12)

In accordance with Rule 7.1(c) of the Panel's Rules of Procedure, Plaintiff Ansoumane Kande hereby provides notice that he opposes the Conditional Transfer Order (CTO-12) dated May 2, 2025 (Dkt. 279 (the "CTO")), relating to claims asserted against Google LLC by plaintiff Ansoumane Kande in *Kande v. Google LLC*, No. 25-cv-03733-KAW (N.D. Cal.). Plaintiff Ansoumane Kande intends to file a motion to vacate the CTO under Rule 7.1(f) within 14 days of this filing, or on such other schedule as the Panel may order.

Respectfully submitted,

Dated: May 9, 2025

/s/ Tina Wolfson
Tina Wolfson
Theodore W. Maya
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
tmaya@ahdootwolfson.com

Dena C. Sharp
Mikaela M. Bock
Scott M. Grzenczyk
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com

mbock@girardsharp.com
scottg@girardsharp.com

*Counsel to Plaintiff Ansoumane Kande in Kande v. Google LLC, No. 25-cv-03733-KAW (N.D. Cal.)*