BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Google LLC ("Google") writes to notify the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed on the attached Schedule of Potential Tag-Along Action. While this potential tag-along action ("*OpenX*") claims to be a follow-on action to *United States v. Google LLC*, No. 1:23-cv-108 (E.D. Va.), it is better suited for centralization with the other private-plaintiff Google ad tech actions that this Panel has centralized in a multidistrict litigation in the Southern District of New York, *In re Google Digital Advert. Antitrust Litig.*, No. 21-cv-3010-PKC (S.D.N.Y.).

Like the actions in MDL No. 3010, OpenX alleges that Google has monopolized and suppressed competition in digital display advertising, including alleged markets for publisher ad servers and ad exchanges, and thus *OpenX* involves common questions of fact with the actions in MDL No. 3010. Judge Castel has managed pre-trial matters for all other private-plaintiff Google ad tech actions, including overseeing voluminous discovery and handling issues unique to private plaintiff cases that were not at issue in *United States v. Google LLC*, No. 1:23-cv-108 (E.D. Va.)—such as, for example, issues pertaining to antitrust standing—and transfer would therefore increase efficiency and minimize the risk of inconsistent rulings between different private plaintiffs. Judge Castel is also already in the process of determining the extent to which collateral estoppel from issues decided in *United States v. Google LLC*, No. 1:23-cv-108 (E.D.

Va.) might apply to the private actions in the MDL, which would prepare him to efficiently adjudicate similar issues, if they arise, in the *OpenX* case. Accordingly, Google believes that transfer would serve the purposes of 28 U.S.C. § 1407.

      The schedule of actions, proof of service, and docket sheet and complaint for the tag-along action are attached hereto.

Dated: August 21, 2025

Respectfully submitted,

*/s/ Justina K. Sessions*
Justina K. Sessions
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250
Facsimile: (650) 651-1530
Email: justina.sessions@freshfields.com

*Counsel for Defendant Google LLC*