BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DIGITAL ADVERTISING ANTITRUST LITIGATION | MDL No. 3010 |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-13)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs OpenX Technologies, Inc. and OpenX Ltd. (together, "OpenX") hereby provide notice that OpenX opposes the Conditional Transfer Order (CTO-13) dated August 26, 2025 (Dkt. 293 (the "CTO")), relating to claims asserted against Google LLC by OpenX in *OpenX Technologies, Inc., et al. v. Google LLC*, No. 1:25-cv-01282-LMB-JFA (E.D. Va.), a follow-on case to *United States v. Google LLC*, No. 1:23-cv-00108-LMB-JFA (E.D. Va.), pursuant to 15 U.S.C. §§ 15, 15b and 16(i).  OpenX intends to file a motion to vacate the CTO under Rule 7.1(f) within 14 days of this filing, or on such other schedule as the Panel may order.

Dated:  September 2, 2025

Respectfully submitted,

Yonatan Even
**CRAVATH, SWAINE & MOORE LLP**
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
yeven@cravath.com

*Counsel for Plaintiffs OpenX Technologies, Inc., and OpenX Ltd.*